# LAW OFFICES OF SCOTT E. LEEMON, P.C.
## TWO GRAND CENTRAL TOWER
### 140 East 45th Street, 18th Floor
### New York, New York 10017
(212) 696-9111-Phone--(800) 856-9712-Fax--www.leemonlaw.com –Web

September 30, 2010

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: _____ 10 1 2010

Via Fax 718-613-2136
Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

_____
**Eric N. Vitaliano**
**United States District Judge**

Re: **United States v. Anthony Cutaia, 10 CR 10 (ENV)**

Dear Judge Vitaliano:

    I write with the consent of the Government to respectfully request that Mr. Cutaia's bail conditions be amended to permit him to attend the following events:

1. a Confirmation of his first cousin on October 2, 2010. The confirmation begins at 11:30 and the luncheon (at Joe's of Avenue U located at 145 Graves Lane, Staten island, NY) begins at 2pm. He should be home by 6pm;

2. a wedding for his uncle at Ariana's (located at 106 New Dorp Plaza, Staten Island, NY) on October 9, 2010. The wedding begins at 7pm, so he would leave his home at 6pm and return home no later than 1am.

I thank you in advance for your consideration of these requests.

                                Very truly yours,

                                *Scott E. Leemon*

                                Scott E. Leemon

Cc: AUSA Rachel Nash (ecf)