# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**TWO GRAND CENTRAL TOWER**
**140 East 45th Street, 18th Floor**
**New York, New York 10017**

(212) 696-9111-Phone--(800) 856-9712-Fax--www.leemonlaw.com –Web

May 25, 2011

<u>Via Fax 718-613-2136</u>
Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:  **<u>United States v. Anthony Cutaia, 10 CR 10 (ENV)</u>**

Dear Judge Vitaliano:

I write in connections with Mr. Cutaia's bail conditions.

First, I respectfully request that Mr. Cutaia's curfew be extended from 11pm on Sunday, May 29, 2011 until 1:00am on Monday, May 30, 2011 and he be granted permission to travel to 119 14th Avenue in Belmar, New Jersey to attend a birthday BBQ for his girlfriend.

Second, on Sunday, June 12, 2011, I am requesting that his bail conditions be modified to permit him to attend a Baptism at 615 Thiele Road in Brick, New Jersey and the reception at the South Wall Banquet Facilities.  On this date, he will be back home for his curfew.

AUSA Nash informs me that she consents to these requests.

I thank you in advance for your consideration of these requests.

Very truly yours,

*Scott E. Leemon*

Scott E. Leemon

cc:  AUSA Rachel Nash (email)