# LAW OFFICES OF SCOTT E. LEEMON, P.C.
## TWO GRAND CENTRAL TOWER
140 East 45th Street, 18th Floor
New York, New York 10017
(212) 696-9111-Phone--(800) 856-9712-Fax--www.leemonlaw.com –Web

July 19, 2011

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: JUL 19 2011

s/ENV
Eric N. Vitaliano
United States District Judge

Via Fax 718-613-2136
Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **_United States v. Anthony Cutaia, 10 CR 10 (ENV)_**

Dear Judge Vitaliano:

I write to respectfully request that Mr. Cutaia's bail conditions be amended to permit him to attend the two year-old birthday party for his cousin's daughter in Freehold, New Jersey.

The party will take place on July 30, 2011 at the Duffy Fairgrounds located at 134 Waterworks Road.

AUSA Rachel Nash informs me that she consents to the application and Michael Ilaria, Mr. Cutaia's Pre-trial officer, indicated that he does not object to the requested modification.

I thank you in advance for your consideration of this request.

Very truly yours,

*Scott E. Leemon*

Scott E. Leemon

cc: AUSA Rachel Nash (ecf)

Michael Ilaria, UPPTS (via email)