# LAW OFFICES OF SCOTT E. LEEMON, P.C.
## TWO GRAND CENTRAL TOWER
### 140 East 45th Street, 18th Floor
### New York, New York 10017
(212) 696-9111-Phone--(800) 856-9712-Fax--www.leemonlaw.com –Web

August 24, 11

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: SEP - 7 2011
s/ENV

_____
Eric N. Vitaliano
United States District Judge

Via Fax 718-613-2136
Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. Anthony Cutaia, 10 CR 10 (ENV)**

Dear Judge Vitaliano:

I write to respectfully request that Mr. Cutaia's bail conditions be amended to extend his curfew on the eve of September 30/October 1 to 1am. This request is made to permit him to attend a surprise birthday party of a long time friend.

The party will take place on Septmber 30, 2011 at Snug Harbor located at 1000 Richmond Terrace, Staten Island, NY.

Michael Ilaria, Mr. Cutaia's Pre-trial officer, indicated that he consents to the requested modification. AUSA Rachel Nash informs me that she also consents.

I thank you in advance for your consideration of this request.

Very truly yours,

*Scott E. Leemon*

Scott E. Leemon

cc: AUSA Rachel Nash (ecf)

Michael Ilaria, UPPTS (via email)