# LAW OFFICES OF SCOTT E. LEEMON, P.C.
**TWO GRAND CENTRAL TOWER**
140 East 45th Street, 18th Floor
**New York, New York 10017**
(212) 696-9111-Phone--(800) 856-9712-Fax--www.leemonlaw.com –Web

October 18, 2011

Via ECF & Fax 718-613-2136
Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: OCT 1_ 2011

s/ ENV

Eric N. Vitaliano
United States District Judge

Re: **_United States v. Anthony Cutaia, 10 CR 10 (ENV)_**

Dear Judge Vitaliano:

I write to respectfully request that Mr. Cutaia's bail conditions be amended to extend his curfew to 1am on October 21/22, 2011 and 2am November 4-5, 2011 for him to attend a wedding reception and enagagement party.

The October party will take place at Angelina's Restaurant located at 399 Ellis Street, Staten Island and the November party will take place at the Excelsior Grand located at 2380 Hylan Boulevard, Staten Island, NY.

AUSA Rachel Nash informs me that she takes no position to the application and Anna Lee from pretrial does not object to these requests.

I thank you in advance for your consideration of this request.

> Very truly yours,
>
> *Scott E. Leemon*
>
> Scott E. Leemon

cc: AUSA Rachel Nash (ecf)
    Anna Lee, USPTS (via email)