# LAW OFFICES OF SCOTT E. LEEMON, P.C.
## TWO GRAND CENTRAL TOWER
## 140 East 45th Street, 18th Floor
## New York, New York 10017
(212) 696-9111-Phone--(800) 856-9712-Fax--www.leemonlaw.com –Web

December 21, 2011

Via ECF & Fax 718-613-2136
Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:  ***United States v. Anthony Cutaia, 10 CR 10 (ENV)***

Dear Judge Vitaliano:

I write to respectfully request that Mr. Cutaia's bail conditions be amended to extend his curfew to 2am on Christmas Eve so he may attend Midnight Mass with his girlfriend.

Additionally, on the evening of January 25/26, 2012, I am respectfully requesting his curfew be extended to 1am.  He will be attending a wedding at Il Bacco Restauarant in Little Neck, Queens.

AUSA Rachel Nash informs me that she takes consents to the application and Michael Ilaria from pretrial does not object to these requests.

I thank you in advance for your consideration of this request.

Very truly yours,

Scott E. Leemon

Scott E. Leemon

cc:  AUSA Rachel Nash (ecf)