# LAW OFFICES OF SCOTT E. LEEMON, P.C.
## TWO GRAND CENTRAL TOWER
## 140 East 45th Street, 18th Floor
## New York, New York 10017

(212) 696-9111-Phone--(800) 856-9712-Fax--www.leemonlaw.com –Web

December 28, 2011

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: DEC 28 2011

s/ENV

Eric N. Vitaliano
**United States District Judge**

Via ECF & Fax 718-613-2136
Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **_United States v. Anthony Cutaia, 10 CR 10 (ENV)_**

Dear Judge Vitaliano:

    I write to respectfully request that Mr. Cutaia's bail conditions be amended to extend his curfew to 1:30am on New Years Eve.

    Additionally, in my last request I made a mistake as to the date of the wedding. The wedding is actually on the evening of January 20/21, 2012 not January 25/26, 2012. As such, I am respectfully requesting his curfew be extened to 1am on the correct night, January 21, 2012.

    AUSA Rachel Nash informs me that she takes consents to the application and Michael Ilaria from pretrial does not object to these requests.

    I thank you in advance for your consideration of this request.

Very truly yours,

*Scott E. Leemon*

Scott E. Leemon

cc: AUSA Rachel Nash (ecf)