# LAW OFFICES OF SCOTT E. LEEMON, P.C.
## TWO GRAND CENTRAL TOWER
### 140 East 45th Street, 18th Floor
### New York, New York 10017
(212) 696-9111-Phone--(800) 856-9712-Fax--www.leemonlaw.com –Web

March 6, 2012

Via ECF
Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. Anthony Cutaia, 10 CR 10 (ENV)**

Dear Judge Vitaliano:

In anticipation of Mr. Cutaia's sentencing, I am enclosing an email from Mr. Cutaia's girlfriend, Paula Crecco, for the court consideration.

Thank you.

Very truly yours

*Scott E. Leemon*

Scott E. Leemon

Attachment

Cc: AUSA Rachel Nash (ecf)

**Subject:** letter
**Date:** Monday, March 5, 2012 8:37:31 PM Eastern Standard Time
**From:** Paulaaa <lilpaula143@aol.com>
**To:** scott@leemonlaw.com <scott@leemonlaw.com>

To Judge Vitaliano,

    I want to thank you in advance for taking the time out to read my letter. My name is Paula Crecco, I am 25 years old and a student at Paul Mitchell Partner School for cosmetology. I am writing you this letter regarding Anthony Cutaia's well being.

    I have known Anthony for half of my life. Him and I have been dating for 4 years, and over that time period I have witnessed admirable character qualities. Anthony is the most respectful and kind hearted person you will ever meet. He is always willing to give a helping hand to anyone that is in need, especially with the elderly Anthony has a soft spot for them. Even if Anthony does not know you he will go out of his way to help others.

    This past October, Anthony had got into a horrific accident with life threatening injuries. With this along came the thought of losing my best friend. Anthony has had a profound impact on my life. He is always making me strive to be a better person. Before being with him I had attending Medical School which was not fulfilling nor my passion. Anthony pushed me to follow my dreams which is ultimately cosmetology, and because of him I am living my dream.

    Anthony is my best friend and my partner, I love him with all my heart and I would love to marry him and start our lives together. Anthony is an amazing man, I see him with my niece and nephew and I know he will be a great father. He is so kind and gentle, he loves kids. My niece and nephew adore him, and love him as an uncle.

    Anthony loves life, he is a good person and I would be lost without him. This has been a ruff patch for both Anthony and I but we will over come this. I know that this has taught Anthony a big lesson in life, and he learned from his mistakes, he wouldn't want to jeopardize his future. If there's anything in this life that I have learned, its not where you started from its where you end up. I just want to thank you again for taking the time to read this I hope you take in consideration of how much Anthony really means to me.

                                                                  Sincerely,
                                                                  Paula Crecco