# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 25th Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
**scott@leemonlaw.com**
**www.leemonlaw.com**

---

May 24, 2012

<u>Via ECF & Fax 718-613-2136</u>
Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:  ***United States v. Anthony Cutaia, 10 CR 10 (ENV)***

Dear Judge Vitaliano:

    I write to respectfully request that Mr. Cutaia's bail conditions be amended to: (1) extend his curfew to 1am on June 1 and June 2, 2012; and (2) to permit him to have an overnight stay at a hotel in either Pennsylvania or NJ[1] with his girlfriend for one night during the week of May 27, 2012.

    As the Court is aware, Mr. Cutaia is scheduled to report to FCI Fairton on June 4, 2102 and the requests on his curfew are for "going away" get togethers with friends and family on the Friday and Saturday night before he reports.  As to the overnight request, both Mr. Cutaia and his long time girlfriend live at home and they were hoping to have one night of privacy before he reported.

---

[1] They have not booked anything yet and would provide pre-trial services with all the details before they left.

AUSA Rachel Nash and Micahel Ilaria from Pre-trial Services inform me that they consent to the extension of curfews but do not consent to the overnight request.

I thank you in advance for your consideration of these requests.

        Very truly yours,

        *Scott E. Leemon*

        Scott E. Leemon


cc:  AUSA Rachel Nash (ecf)

  Michael Ilaria (via email)